# United States District Court for the Northern District of Illinois

Case Number: 07CV6636    Assigned/Issued By: NF

Judge Name: ANDERSEN    Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 10342178

Date Payment Rec'd: 11/26/7    Fiscal Clerk: NF

## ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
    _____
    _____
    (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
         (Type of Writ)

1  Original and  1  copies on  11/26/7  as to  DEF
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05