IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

LABORERS' PENSION FUND and )
LABORERS' WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VINCINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
)
          Plaintiffs, )
) Case No. 07C 6636
v. )
) Judge Anderson
)
CARTER'S EXCAVATING & GRADING ) Magistrate Judge Ashman
COMPANY, and WILLIE H. CARTER, doing )
Business as CARTER'S EXCAVATING & )
GRADING COMPANY. )
)
          Defendants. )

## DEFENDANT'S MOTION FOR ADDITIONAL TIME TO ANSWER

Now comes the Defendants, Carter et. al., to move this court to grant this motion for the reasons set forth in this petition.

1. Plaintiff's complaint was filed on November 26, 2007.
2. Defendant had twenty (20) days to respond.
3. Plaintiff recently retained Cornelius Marshall as an attorney.
4. Defendant's attorney, Cornelius Marshall, needs additional twenty (20) days to answer or otherwise plead.

WHEREFORE, THE DEFENDANTS PRAY THAT THEIR MOTION IS GRANTED

A. Leave file appearances.
B. Twenty (20) additional days to answer or otherwise plead.

AND FOR ANY OTHER RELIEF THE COURT FEELS IS JUST AND PROPER.

                                                     Cornelius Marshall

Cornelius Marshall
Attorney for Defendant
12709 S. Aberdeen St.
Calumet Park, IL 60827
708 - 601 -9879