IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

**FILED**
JAN X 2 2008
JAN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LABORERS' PENSION FUND and )
LABORERS' WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VINCINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
                                            )
            Plaintiffs,      )  Case No. 07C 6636
                                            )
v.                                      )  Judge Anderson
                                            )
CARTER'S EXCAVATING & GRADING  )  Magistrate Judge Ashman
COMPANY, and WILLIE H. CARTER, doing )
Business as CARTER'S EXCAVATING & )
GRADING COMPANY.                       )
                                            )
           Defendants.      )

## NOTICE OF MOTION FOR ADDITIONAL TIME TO ANSWER

Karen J. Engelhardt
Allison, Slutsky, & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

      **PLEASE TAKE NOTICE** that on the 10th day of January 2008 at 9:00 a.m., I shall appear before the Honorable Judge Anderson, presiding in Room 1403, at the United District Court of the Northern District Court for the Northern District of Illinois - Eastern Division, Chicago, Illinois, and shall then and there present the attached Defendant's motion for additional time to answer & leave to file appearance which is hereby served upon you.

                                                        */s/ Cornelius Marshall*
                                                          Cornelius Marshall

Cornelius Marshall
Attorney for Defendant
12709 S. Aberdeen St.
Calumet Park, IL 60827
708 - 601 -9879