

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

KC **FILED**

JAN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JAN 3 0 2008**

|  |  |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VINCINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) |
|  | ) Case No. 07C 6636 |
| Plaintiffs, | ) ) |
|  | ) Judge Anderson |
| v. | ) ) Magistrate Judge Ashman |
| CARTER'S EXCAVATING & GRADING COMPANY, and WILLIE H. CARTER, doing Business as CARTER'S EXCAVATING & GRADING COMPANY. | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

Now comes the Defendant, CARTER'S EXCAVATING & GRADING COMPANY, by and through their attorney, Cornelius Marshall, in response to Plaintiff's Complaint, states as follows:

1. Defendant admits the allegation contained in Paragraph 1.

2. Defendant admits the allegation contained in Paragraph 2.

3. Defendant neither admits nor denies the allegation contained in Paragraph 3 and demands strict proof thereof.

4. Defendant admits the allegation contained in Paragraph 4, and furthermore, Defendant states that the Secretary of State restored their corporate status in December of 2007.

5. Defendant denies the allegation contained in Paragraph 5, and furthermore, Defendant states that they are an Illinois corporation and not an individual proprietorship.

6. Defendant admits the allegation contained in Paragraph 6.

7. Defendant neither admits nor denies the allegation contained in Paragraph 7 and demands strict proof thereof.

8. Defendant admits the allegation contained in Paragraph 8.

9. Defendant admits the allegation contained in Paragraph 9.

10. Defendant denies the allegation contained in Paragraph 10.

    a.   Defendant denies the allegation contained in Paragraph 10-A., and furthermore, Defendant states that the four individuals listed in Exhibit B are not part of the bargaining unit.

    b.   Defendant denies the allegation contained in Paragraph 10-B.

    c.   Defendant denies the allegation contained in Paragraph 10-C

    d.   Defendant denies the allegation contained in Paragraph 10-D

11. Defendant denies the allegation contained in Paragraph 11.

12. Defendant neither admits nor denies the allegation contained in Paragraph 12 and demands strict proof thereof.

13. Defendant denies the allegation contained in Paragraph 13.

14. Defendant denies the allegation contained in Paragraph 14.

WHEREFORE, Defendant respectfully requests this court dismiss Count I and assesses all fees and court costs against the Plaintiff for having to defend this action, and for any other relief this court feels is just and proper.

### COUNT II

### (Failure to Pay Union Dues)

15. Defendant realleges responses to paragraphs 1 through 9 of Count 1

16. Defendant neither admits nor denies the allegation contained in Paragraph 16 and demands strict proof thereof.

17. Defendant denies the allegation contained in Paragraph 17.

18. Defendant denies the allegation contained in Paragraph 18.

19. Defendant denies the allegation contained in Paragraph 19.

WHEREFORE, Defendant respectfully requests this court dismiss Count II and assesses all fees and court costs against the Plaintiff for having to defend this action, and for any other relief this court feels is just and proper.

By: *CMarshall*
             Attorney for Defendants

Cornelius Marshall
Attorney for Defendants
12709 S. Aberdeen St.
Calumet Park, IL 60827
708 - 601 -9879

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

June 26, 2007

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE:  Carters Exc. & Grading (20704)

We have performed a fringe benefit contribution compliance audit of
Carters Exc. & Grading, for the period from October 30, 2006 through March
31, 2007.  The audit encompassed the comparison of individual earnings
records to certain payroll tax and fund reports and a review of the general
disbursement records.

The comparison and review indicate that the employer has not complied with
its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $11,774.87 |
| PENSION | 7,639.45 |
| TRAINING | 268.34 |
| LECET | 78.93 |
| ISPA | 136.05 |
| LMDC | 189.42 |
| DUES | 871.76 |
| TOTAL | $20,958.82 |

RICHARD J. WOLF AND COMPANY, INC.

**Exhibit B**

LABORERS' DISTRICT COUNCIL OF CHICAGO - I.S.P.A. ASSOCIATION

CARTERS' EXC. & GRADING   802704

UNREPORTED HOURS and/or WORK DUES 2006 - 2007

JUN 06 to MAY 07

| S.S.# | | Type | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROOKS, JOHN 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 | Called | Flags | | | | | | | | | | | | | |
| | | Hours | 31.55 | | | | | 111.00 | 125.00 | 141.50 | 187.30 | | | | 251.00 |
| | | Gross $ | | | | | | | | 2,019.20 | | 3,231.15 | | | $ 3,250.35 |
| FRANKLIN, FELTON 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 | Called | Gross $ | 31.55 | | | | | 111.00 | 125.00 | 181.30 | 187.00 | | | | 715.80 |
| STRONG, EUGENE 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 | Called | Hours | 31.55 | | | | | 3,522.65 | 3,549.75 | 4,464.33 | 4,771.52 | 5,888.65 | | | 22,931.50 |
| | | Gross $ | | | | | | 97.30 | 140.50 | 142.90 | 23.40 | 182.00 | | | 570.90 |
| TIGER, JOHN 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 | Called | Hours | 31.55 | | | | | 2,778.09 | 4,432.78 | 4,505.34 | 4,742.10 | 6,742.10 | | | 18,191.74 |
| | | Gross $ | | | | | | 25.00 | | | | | | | 25.00 |

| | | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | | | | | | | 788.75 | | | | | | 788.75 |
| TOTAL GROSS $ | $ | | | | | | 221.80 | 335.50 | 284.30 | 238.80 | 386.00 | | | 1,578.40 |
| | $ | | | | | | $7,860.38 | $8,178.83 | $8,909.87 | $7,534.15 | $17,571.39 | | | $ 49,814.54 |

| | | gross | to | 6/21/06 |
|---|---|---|---|---|
| WELFARE | 7.48 | ISPA | 0.10 |
| PENSION | 4.54 | LMDC | 0.11 |
| TRAINING | 1.17 | DUES | 1.75% |
| LECET | 0.05 | | |

| | | gross | to | 6/21/07 |
|---|---|---|---|---|
| WELFARE | 7.48 | ISPA | 0.08 |
| PENSION | 4.54 | LMDC | 0.12 |
| TRAINING | 1.17 | DUES | 1.75% |
| LECET | 0.05 | | |

| Amount Due To Funds: | | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|
| WELFARE | | $ 1,653.55 | $ 1,390.83 | $ 1,781.45 | $ 4,222.06 | | | | $ 11,774.87 |
| PENSION | | $ 1,003.19 | $ 1,295.82 | $ 1,279.01 | $ 1,155.79 | 2,738.44 | | | $ 7,639.45 |
| TRAINING | | $ 38.05 | $ 45.14 | $ 48.13 | $ 98.22 | | | | $ 284.54 |
| LECET | | $ 11.19 | $ 13.28 | $ 14.22 | $ 28.10 | | | | $ 74.93 |
| ISPA | | $ 22.38 | $ 26.55 | $ 22.74 | $ 18.10 | 45.28 | | | $ 136.45 |
| LMDC | | $ 28.65 | $ 31.80 | $ 24.72 | $ 28.06 | 67.92 | | | $ 789.42 |
| DUES | | $ 123.57 | $ 149.19 | $ 166.87 | $ 131.85 | 317.36 | | | $ 871.76 |
| TOTAL | | $ 2,574.79 | $ 3,435.07 | $ 3,173.17 | $ 4,183.19 | 7,512.00 | | | $ 16,958.82 |

6/26/2007

# LABORERS' DISTRICT COUNCIL OF CHICAGO - ISPA ASSOCIATION

## CARTERS EXC. & GRADING #2C704

### RICHARD J. WOLF AND COMPANY, INC.

#### SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ - | $ 11,774.87 | $ 11,774.87 |
| PENSION | $ - | $ 7,639.45 | $ 7,639.45 |
| TRAINING | $ - | $ 268.34 | $ 268.34 |
| LECET | $ - | $ 78.93 | $ 78.93 |
| ISPA | $ - | $ 136.05 | $ 136.05 |
| LMDC | $ - | $ 189.42 | $ 189.42 |
| DUES | $ - | $ 871.76 | $ 871.76 |
| TOTAL | $ - | $ 20,958.82 | $ 20,958.82 |

6/26/2007

# LABORERS' DISTRICT COUNCIL OF CHICAGO - ISPA ASSOCIATION

### CARTERS EXC. & GRADING #20704

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 11,774.87 |
| PENSION | $ | 7,839.45 |
| TRAINING | $ | 258.34 |
| LECET | $ | 78.93 |
| ISPA | $ | 136.05 |
| LMDC | $ | 189.42 |
| DUES | $ | 871.76 |
| TOTAL | $ | 20,958.82 |