MHN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of   Laborer's Pension Fund et al   Case   07C6636

Vs.

Carter Excavating et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carter's Excavating & Willie Carter   DBA   Carter's Excavating

---

FILED
MAR 0 6 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | |
|---|---|
| *Cornelius Marshall* | 3-6-2008 |
| **FIRM** | |
| Law Office of Cornelius Marshall | |
| **STREET ADDRESS** | |
| 12709 S. Aberdeen St. | |
| **CITY/STATE/ZIP** | |
| Calumet Park, IL   60827 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6181589 | 708-601-9879 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |