IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>          Plaintiffs,<br><br>   v.<br><br>CARTER'S EXCAVATING & GRADING COMPANY and WILLIE H. CARTER, doing business as CARTER'S EXCAVATING & GRADING COMPANY,<br><br>          Defendants. | Case No. 07 C 6636<br><br>Judge Andersen |

## NOTICE OF MOTION

TO:   Cornelius Marshall
        Attorney at Law
        12709 South Aberdeen
        Calumet Park, IL 60643
        Fax: (773) 995-6708

      PLEASE TAKE NOTICE THAT on Wednesday, March 19, 2008 at 9:00 a.m., I shall appear before Honorable Judge Andersen in Courtroom 1403, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Motion to Amend the Complaint, a copy of which is attached.

                                                                      /s/ Karen I. Engelhardt
                                                                  One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 W. Monroe Street Suite 2600
Chicago, Illinois 60606
(312) 364-9400

March 12, 2008

## **CERTIFICATE OF SERVICE**

    I, Karen I. Engelhardt, an attorney, certify that I caused a copy of Plaintiffs' Motion for Leave to Amend to be sent to the individual addressed on Notice of Motion by U.S. mail, from the law offices located at 230 W. Monroe Street Suite 2600, Chicago, IL 60606 with proper postage pre-paid this 12th day of March 2008 before the hour of 5:00 p.m., and via facsimile to the number identified below:

        Cornelius Marshall
        Attorney at Law
        12709 South Aberdeen
        Calumet Park, IL 60643
        Fax: (773) 995-6708

                                          Karen I. Engelhardt

Case 1:07-cv-06636     Document 15     Filed 03/13/2008     Page 3 of 3