**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**CARTER'S EXCAVATING & GRADING COMPANY and WILLIE H. CARTER, doing business as CARTER'S EXCAVATING & GRADING COMPANY,**<br><br>　　　　　　　**Defendants.** | Case No.  07 C 6636<br><br>Judge Andersen |

## NOTICE OF FILING

TO:　Cornelius Marshall
　　　Attorney at Law
　　　12709 South Aberdeen
　　　Calumet Park, IL 60643
　　　Fax: (773) 995-6708

　　　PLEASE TAKE NOTICE THAT on Friday, March 21, 2008, the First Amended Complaint was filed with the clerk of the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, via the E-filing system, a copy of which is attached.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Karen I. Engelhardt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 W. Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400

March 21, 2008

**CERTIFICATE OF SERVICE**

    I, Karen I. Engelhardt, an attorney, certify that I caused a copy of Plaintiffs' Notice of Filing and First Amended Complaint to be sent to the individual addressed on Notice of Motion by U.S. mail, from the law offices located at 230 W. Monroe Street Suite 2600, Chicago, IL 60606 with proper postage pre-paid this 21st day of March 2008 before the hour of 5:00 p.m., and via facsimile to the number identified below:

        Cornelius Marshall
        Attorney at Law
        12709 South Aberdeen
        Calumet Park, IL 60643
        Fax: (773) 995-6708

                                            /s/Karen I. Engelhardt