

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>        Plaintiffs,<br><br>v.<br><br>CARTER'S EXCAVATING & GRADING COMPANY AND WILLIE H. CARTER, doing business as CARTER'S EXCAVATING & GRADING COMPANY,<br><br>        Defendants. | **FILED**<br>APR 1 8 2008 TC<br>Apr 18, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Case No. 07 C 6636<br><br>Judge Anderson |

### NOTICE OF FILING

TO:    Allison, Slutsky & Kennedy
230 W. Monroe Street Suite 2600
Chicago, IL 60606

PLEASE TAKE NOTICE THAT on __4-18-08__, Defendants response to the First Amended Complaint was filed with the clerk of the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, via the E-filing system, a copy of which is attached.

/s/ Cornelius Marshall
One of defendants' attorneys

Cornelius Marshall
Attorney at Law
12709 South Aberdeen
Calumet Park, IL 60643
(708) 601-9879

## CERTIFICATE OF SERVICE

I Cornelius Marshall, an attorney, certify that I caused a copy of Defendants response to the First Amended Complaint to be sent to the individual addressed on Notice of Motion by U.S. mail, from the law offices located at 12709 S Aberdeen, Chicago, IL 60643 with proper postage pre-paid the _18_ day of _Apr 08_ before the hour of 5:00 p.m., and via facsimile to the number identified below:

>   Allison, Slutsky & Kennedy
>   Karen Engelhardt
>   230 W Monroe Street Suite 2600
>   Chicago, IL 60606

/s/ Cornelius Marshall

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) ) ) ) | **FILED** APR 1 8 2008 TC Apr 18, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 C 6636 |
| CARTER'S EXCAVATING & GRADING COMPANY AND WILLIE H. CARTER, doing business as CARTER'S EXCAVATING & GRADING COMPANY, | ) ) ) ) ) ) | Judge Anderson |
| Defendants. | ) | |

### FIRST AMENDED COMPLAINT

Defendant Willie H. Carter etal by and through his attorney, Cornelius Marshall, state as follows:

### COUNT I

### (Failure to Pay Employee Benefit Contributions)

1. Defendant admits the allegations contained in paragraph 1 of the complaint.

2. Defendant admits the allegations contained in paragraph 2 of the complaint.

3. Defendant admits the allegations contained in paragraph 3 of the complaint.

4. Defendant admits the allegations contained in paragraph 4 of the complaint.

5. Defendant denies the allegations contained in paragraph 5 of the complaint; furthermore, defendant states that as of the filing of this amended complaint, March 21, 2008, Defendant has been fully reinstated by the State of Illinois as it relates to his corporate status.

6. Defendant denies the allegations contained in paragraph 6 of the complaint; furthermore, Defendant denies that Willie Carter is a sole proprietorship. Defendant admits that his company does business within this District and has been an Employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. § 1002(5), and Section 301 of LMRA, 29 U.S.C. §185(a).

7. Defendant admits the allegations contained in paragraph 7 of the complaint.

8. Defendant admits the allegations contained in paragraph 8 of the complaint.

9. Defendant admits the allegations contained in paragraph 9 of the complaint.

10. Defendant admits the allegations contained in paragraph 10 of the complaint.

11. (a) Defendant denies the allegations contained in paragraph 11 (a) of the complaint.

(b) Defendant denies the allegations contained in paragraph 11(b) of the complaint.

    (c)    Defendant denies the allegations contained in paragraph 11(c) of the complaint.

    (d)    Defendant admits the allegations contained in paragraph 11(d) of the complaint.

12. Defendant denies the allegations contained in paragraph 12 of the complaint.

13. Defendant neither admits nor denies the allegations contained in paragraph 13 of the complaint and demands strict proof thereof.

14. Defendant denies the allegations contained in paragraph 14 of the complaint.

15. Defendant denies the allegations contained in paragraph 15 of the complaint.

WHEREFORE, Defendants respectfully request this Court dismiss amended complaint of count 1 against Defendants Carter's Excavating & Grading Company and Willie H. Carter and any other legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure to pay wages)

16. Defendant restates his answers to paragraph 1 through 9 of Count I.

17. Defendant admits the allegations contained in paragraph 17 of the complaint.

18. Defendant denies the allegations contained in paragraph 18 of the complaint.

19. Defendant neither admits nor denies the allegations contained in paragraph 19 of the complaint and demands strict proof thereof.

3

20. Defendant denies the allegations contained in paragraph 20 of the complaint.

WHEREFORE, Defendant respectfully requests that this Court dismiss the amended complaint in count II against Defendants, Carter's Excavating & Grading Company and Willie H. Carter, and any other legal and equitable relief as the Court deems appropriate.

### COUNT III
### (Failure to pay wages)

21. Defendant restates his answers to paragraphs 1 through 9 of Count I.

22. Defendant denies the allegations contained in paragraph 22 of the complaint.

23. Defendant denies the allegations contained in paragraph 23 of the complaint.

24. Defendant denies the allegations contained in paragraph 24 of the complaint.

WHEREFORE, Defendant respectfully requests that this Court dismiss Count III of the amended complaint against Carter's Excavating & Grading Company and Willie H. Carter and any other legal and equitable relief as the Court deems appropriate.

Respectfully Submitted,

*CMarshall*

**Cornelius Marshall**

**Cornelius Marshall**
**Attorney for Defendant**
12709 S. Aberdeen St.
Calumet Park, IL 60827
708-601-9879
Atty #: 13466

4