IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

FILED
8-5-2008
AUG - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VINCINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>Plaintiffs,<br><br>v.<br><br>CARTER'S EXCAVATING & GRADING COMPANY, and WILLIE H. CARTER, doing Business as CARTER'S EXCAVATING & GRADING COMPANY.<br><br>Defendants. | Case No. 07C 6636<br><br>Judge Anderson<br><br>Magistrate Judge Ashman |

### CORNELIUS MARSHALL'S MOTION TO WITHDRAW AS DEFENDANT'S ATTORNEY

NOW COMES Cornelius Marshall, Esq., and moves to withdraw his appearance on behalf of Carter Excavating, et. al., for reasons set forth in this petition.

1. That there is a breakdown in communication between the parties.

2. Cornelius Marshall can no longer in good conscious represent the Defendant, Willie Carter.

3. That the address of the Defendant, Willie Carter, is 235 East 157th Street, Harvey, Illinois 60426.

4. Willie Carter, et. al, is further advised to ensure notice of any action in this cause you should retain other counsel herein or file with the Clerk of Court within 21 days after entry of the Order of Withdrawal, your supplemental Appearance stating therein an address at which service of notice or other papers may be served upon you.

WHEREFORE, YOUR PETITIONER, CORNELIUS MARSHALL, ESQ., ASKS THIS HONORABLE COURT FOR THE ENTRY OF AN ORDER GRANTING HIM LEAVE TO WITHDRAW AS THE ATTORNEY FOR WILLIE CARTER, ET.

AL.,

                                              Respectfully Submitted,

                                        *Cornelius Marshall*
                                        Cornelius Marshall

Cornelius Marshall
Attorney for Defendant
12709 S. Aberdeen St.
Calumet Park, IL 60827
708 - 601 -9879