*MHN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

**F I L E D**
8 - 5 - 2 0 0 8
AUG - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **LABORERS' PENSION FUND and** ) | |
| **LABORERS' WELFARE DEPARTMENT** ) | |
| **OF THE CONSTRUCTION AND GENERAL** ) | |
| **LABORERS' DISTRICT COUNCIL OF** ) | |
| **CHICAGO AND VINCINITY, and JAMES S.** ) | |
| **JORGENSEN, Administrator of the Funds,** ) | |
| ) | **Case No. 07C 6636** |
| **Plaintiffs,** ) | |
| ) | **Judge Anderson** |
| **v.** ) | |
| ) | **Magistrate Judge Ashman** |
| **CARTER'S EXCAVATING & GRADING** ) | |
| **COMPANY, and WILLIE H. CARTER, doing** ) | |
| **Business as CARTER'S EXCAVATING &** ) | |
| **GRADING COMPANY.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

Karen J. Engelhardt
Allison, Slutsky, & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

   **PLEASE TAKE NOTICE** that on the _4th_ day of _Sept_ 2008 at _9 AM_ , I shall appear before the Honorable Judge Anderson, presiding in Room _1403_ , at the United District Court of the Northern District Court for the Northern District of Illinois - Eastern Division, Chicago, Illinois, and shall then and there present the attached attorney for the defendant's, Cornelius Marshall, motion to withdrawal as counsel.

_Cornelius Marshall_
Cornelius Marshall

Cornelius Marshall
Attorney for Defendant
12709 S. Aberdeen St.
Calumet Park, IL 60827
708 - 601 -9879