UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Laborers' Pension Fund and Laborers' Welfare Fund Of
The Health and Welfare Department of the Construction
and General Laborers' District Council of Chicago and
Vicinity, et al.

                        Plaintiff,

v.

                        Case No.:
                        1:07−cv−06636
                        Honorable Wayne
                        R. Andersen

Carter's Excavating & Grading Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Motion to withdraw as attorney [20] is granted. Cornellius Marshall is given leave to withdraw his appearance. Status hearing set for 10/2/2008 at 09:00 AM. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.